No. 76–1480.  RODRIGUEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–1481.  BALLENILLA-GONZALEZ v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 76–1482.  LAKESIDE MERCY HOSPITAL, INC. v. INDIANA STATE BOARD OF HEALTH ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 76–1486.  BROWN v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 76–1487.  CONTINENTAL CASUALTY CO. v. CHAMPION INTERNATIONAL CORP.  C. A. 2d Cir.  Certiorari denied.

No. 76–1489.  HEITLAND ET UX. v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 76–1491.  NATELLI v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–1494.  ANDERSON ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 76–1499.  RODMAN, TRUSTEE IN BANKRUPTCY v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 76–1502.  BANTA ET AL. v. UNITED STATES ET AL.; and
No. 76–1668.  CITY OF ST. LOUIS ET AL. v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.  Reported below: 549 F. 2d 506.

No. 76–1504.  McGEE v. RAILROAD RETIREMENT BOARD. C. A. 9th Cir.  Certiorari denied.